IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CASEY DALE BARNES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:18-cv-01030 |
| | ) | Judge Trauger |
| JESSICA GARNER, ET AL., | ) | Magistrate Judge Newbern |
| Defendants. | ) | |

## O R D E R

On July 27, 2020, the magistrate judge issued a Report and Recommendation (Docket No. 35), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that defendant Garner's Motion for Summary Judgment (Docket No. 23) is GRANTED, and all claims against her are hereby DISMISSED WITH PREJUDICE.

This Order constitutes the judgment in this case.

_____
ALETA A. TRAUGER
U.S. District Judge